**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SIGMAPHARM, INC.,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 12-2522** |
| : | |
| **MUTUAL PHARMACEUTICAL** : | |
| **COMPANY, INC.,** *et al.,* : | |
| **Defendants.** : | |
| : | |

### ORDER

    **AND NOW**, this 16th day of July 2013, upon consideration of Plaintiff's Motion to Remand and the Opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, where it was filed at January Term 2012 No. 1176.   The Clerk of Court is directed to **CLOSE** the case.

    It is so **ORDERED**.

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  _____

                                                  **CYNTHIA M. RUFE, J.**